Ericka Miner, (Plaintiff)

Civil Action No. (1:24cv1424)

V.

Keyonna Turnage, (Defendant)



# Request to Dismiss Frivolous Cases & Report Income Fraud

## File A Notice of Fraudulent Waiver Fees

**ATTN: The Honorable Judge PATRICIA TOLLIVER GILES**

United States District Judge

My name is KEYONNA TURNAGE and I am the Defendant in this case AND one that was dismissed (2024cv01425). I wish to ask this

Court to dismiss the additional frivolous Civil Lawsuits opened by the Plaintiff (Ericka Miner). Plaintiff, Ericka Miner is not reporting her true income to your court and is utilizing an income waiver to file false cases against me. She is also using the courts to harass and intimidate me as well as others. I have 5 forms of income of Plaintiff, Ericka Miner that I would like to present to the courts to investigate. Therefore, I (keyonna turnage), Defendant is filing this Request for an investigation to be opened for financial fraud against ERICKA MINER.

**Evidence Against Plaintiff Ericka Miner:**

(1) Cash App: I HAVE CASHAPP RECIPTS FROM DONATIONS IVE MADE AND OTHER YOUTUBE MEMBERS

(2) Google Adsense: I HAVE PRINTED A SHEET OF HER YOUTUBE MEMBERSHIP TIERS AND PRICES

(3) Amazon Store: I HAVE INCLUDED A SCREENSHOT OF AN ADVERSIMENT SHE DID FOR HER AMAZON STORE WHICH INCLUDES THE LINK TO STORE IN DESCRIPTION

(4) BOUGIE BUTTER PRODUCTS: I HAVE INCLUDED A SCREENSHOT OF A RECIPT OF PAYMENT FROM 2 LOTIONS THAT WERE PURCHASED

(5) I.T JOB: SCREENSHOT OF JOB

**(EXTRA INCOMES)**

1. MS MINER HAS A STORE SHE OWNS TO GET HER DAUGHTER EXPERIENCE (IF YOU LOOK AT CASHAPP SCREENSHOT YOULL SEE WHERE ONE IS FOR HER TEENAGE DAUGHTERS STORE SHE PURCHASED.
2. MS MINER IS ALSO MARRIED TO A MILITARY MAN AND RECIEVES A MONTHLY HOUSING ALLOWANCE.

**Attachments:**

Screen shots of income evidence

testimony letters of harassment & MS miner's characters.

Respectfully submitted,

Defendant's Signature _R. Turnage_

Defendant's Name _Keyonna Turnage_

Phone Number _(570) 301 4094_

Mailing Address _120 S. Chestnut St_

City/State/Zip _nanticoke pa 18634_

E-Mail _keyonaturnage9@gmail.com_

Date _11/7/24_