

# Ericka M.

IT Software Support/Instructor

Center for Advanced Legal Studies · NYS Office of
Information Technology Services

Washington DC-Baltimore Area · 55 connections



## About

I am currently the Program Manager for the Building
Futures program of the Community Services Agency of
the Metropolitan Washington Council, AFL-CIO. The
Building Futures Program is a 4–6-week Apprenticeship
Readiness Program to that allows me, with the support
of my team, to train, place, and retain low-income DC
residents in well-paying construction and infrastructure
jobs and apprenticeships.



YouTube

ms kiki prime baby

Home
Shorts
Subscriptions

You >
History
Playlists
Your videos
Your movies & TV
Watch later
Liked videos

Subscriptions
AML FILMS
Disney XD
Soft White Under...
Lost in Phoenix
JerseyzConcrete
A&E
Live to get high ano...
Show more

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube

Ms. Kiki Prime Ba

@MsKikiPrimeBaby • 8.43K subscribers • 762 videos

To become a member of this channel: https://www.y

Subscribe

Live Playlists Community

Case Dismissal

Membership

Ms. Kiki Prime Baby

## Join this channel

Get access to membership perks

| | |
|---|---|
| Reservations Only $0.99/month | |
| Intellectuals Only $6.99/month | |
| Certified Bougie $9.99/month | |
| Keeping it Real $14.99/month | |
| Sealed Records $199.99/month | |
| PAY ME FOR IT $499.99/month | |

$0.99/month

Join

Recurring payment. Cancel anytime. perks.

Loyalty badges next to your comments and live chat

Custom emoji to use in com chat

Members-only live streams

Members-only videos

Your channel name (Nasty) and mem publicly visible and shared by the cha (to provide perks). Learn more

Election Day in Washington DC 2024
523 views • Streamed 2 days ago

Megan Thee Stallion Documentary! And Why I...
467 views • Streamed 2 days ago

So I Read Kim Porter's Book, Ya'll
480 views • Streamed 3 days ago

Stop pushing me around!!
272 views • Streamed 4 days ago

@MsKikiPrimeBaby https://youtube.com/shorts/
a-fKkT_vE0...





For This Glownina Lacefront -
#amazonfinds #amazonstorefront

Ms. Kiki Prime Baby 🛍 🏆 · 741 views · 1 month
ago



11:08        ••ı|| LTE ▯

# Activity



🔍   Kiki                

 **Kiki**             **$10**
the Barbie doll
Mar 16 · Replied 🤍

 **Kiki**             **$3**
I got timed out🥹 was talking to...
Feb 29 · Replied 🤍

 **Kiki**             **$20**
bougie and sunrise!
Feb 24 · Replied 🤍

 **Kiki**             **$10**
good live!🤍
Feb 8 · Replied 🤍

                



# Kiki

## Payment to $atmKierraakaKiki

# $20.00

For bougie and sunrise!

Feb 24 at 12:14 PM

11:08 .ıll LTE 🔋

# Activity 

 🔍 Kiki ✕

 **Kiki** **$10**
the Barbie doll
Mar 16 · Replied 🤍

 **Kiki** **$3**
I got timed out 🥹 was talking to...
Feb 29 · Replied 🤍

 **Kiki** **$20**
bougie and sunrise!
Feb 24 · Replied 🤍

 **Kiki** **$10**
good live! 🤍
Feb 8 · Replied 🤍

    

 Gmail

**Keyonna Turnage <mturnage3@gmail.com>**

---

## Ms. Kiki Prime
1 message

**Have You Seen Us Podcast** <haveseenuspodcast@gmail.com>                Mon, Aug 12, 2024 at 1:34 AM
To: "mturnage3@gmail.com" <mturnage3@gmail.com>

I joined Ms. Kiki's YouTube platform because I enjoyed the content. I was subscribed to her YouTube platform for about 3 months. I didn't know that Kiki was an alcoholic at the time. Kiki went live about two weeks straight while she appeared to be under the influence. Kiki decided to discuss her relationship ,she felt it was appropriate to tell us that her boyfriends manhood was extra extra large and that she couldn't handle it. She explained that she was unhappy in her relationship at this time. I felt appalled and disgusting so I unsubscribed to her YouTube. I have attached a copy of my membership payment and my receipt of me unsubscribeding.

12:02 ☁

    ⏱ ▼ ◢ 🔋92%

←  🗑  ⋮

 **YouTu...** Apr 30 😊 ↩ ⋮

to me ⌄



# Hi Have You Seen Us Podcast,

# Thanks for your

purchase of Ms. Kiki

 Gmail

Keyonna Turnage <mturnage3@gmail.com>

## Membership Cancellation - FiFi Allen

1 message

**Deidra Allen** <dkelley3@twu.edu>
To: MTURNAGE3@gmail.com

Mon, Aug 12, 2024 at 7:31 AM

To Whom This May Concern:

My YouTube Channel name is FiFi Allen and this letter is being written in regards to my relationship with the following YouTuber, Ms. Kiki Prime Baby. If my official name is required for the legal process, I will provide that information immediately.

I started watching and eventually subscribed to Ms Kiki Prime's channel a few months ago due to thinking that our views regarding reactions to other YouTube content creator's content and some everyday issues aligned. I was eventually gifted a free membership to her channel but never purchased a monthly membership. I did send her two Cash App amounts on March 26, 2024 and May 3, 2024 totaling $20.00 because I felt that she provided good content on those days, but no additional funds were provided after the last date mentioned above.

I have attempted to locate the exact day that I left her channel and cancelled my membership but have been unable to do so, however, they both occurred on the same date. Based on what I have found, my exit took place around the third week of June 2024. On that date, I received a notification that Ms. Kiki Prime Baby was live on YouTube and went over to her channel. I immediately noticed a difference in her behavior and tone of her voice. She was slurring her speech and using inappropriate language in response to her real like partner and fellow YouTuber Octavius "Wan Kenobi" Prime. They were having a very public disagreement on YouTube for any and everyone to see. It appeared that Ms. Kiki Prime Baby was inebriated; she displayed behavior that was sexually offensive and foul to me and others based on the comments.

Ms Kiki Prime Baby would not listen and was rude to her supporters/members that attempted many times to get her log off I and take some time away from her platform to sober up. Ms Kiki Prime Baby maintained this drunken behavior for several days after allegedly being sober for over a year.

In conclusion, I left Ms Kiki Prime Baby's channel and cancelled my free membership because of her negative behavior and without any influence from an individual or group of content creators.

Sincerely,

FiFi Allen
(dkelley3@twu.edu)

Sent from my iPhone

purchase of **Ms. KiKi**

**Prime Baby 🏆 gift**

**memberships** on

YouTube.



9:16 

   ⋮

# Your YouTube subscription will be canceled ☆ Inbox

**YouTube**
Google Play

∧

    Ordered from
Google Play

    Items
YouTube



 **Gmail**

Keyonna Turnage <mturnage3@gmail.com>

---

**Statement**
1 message

---

roneise turner <roneise_turner@yahoo.com>                                Sun, Aug 11, 2024 at 8:42 PM
To: mturnage3@gmail.com

**The reason I decided to unsubscribe and no longer be a member of Ms Kiki Prime's YouTube channel is due to her despicable behavior that she was displaying on a daily basis. She would constantly harass and bully other content creators by making false allegations pertaining to their personal life that she had no actual proof of. Kiki was also using other content creators material without permission. She was also striking other YouTube channels making false claims. During the 2nd week of June, Kiki came onto her YouTube platform heavily intoxicated spewing hatful lthings towards people and her boyfriend, Octavious Prime who is also a content creator that bully & harass people online. Kiki doxed Octavious Prime as well as his sister & mother.**

Sent from Yahoo Mail for iPhone

 **Gmail**

Keyonna Turnage <mturnage3@gmail.com>

## Reason for not renewing membership
1 message

**Steven Morris** <stevenmorris198585@gmail.com>                    Sun, Aug 11, 2024 at 6:57 PM
To: "Mturnage3@gmail.com" <Mturnage3@gmail.com>

To whom it may concern:

This is just a brief summary of why I decided to not renew my paid membership with the YouTube channel "Ms. Kiki Prime Baby". I supported her content & her new found life of sobriety. She hosted a live celebration for her "1 year sober", & was receiving donations in the form of super chats & Cashapps, I also sent a super chat gift for her "1 year sober", slightly after she hosted another live & was completely drunk, belligerent, aired out her boyfriend & completely embarrassed him, he then hosted a live himself & admitted that she was not & never has been sober. That caused me to feel scammed & bamboozled, I then decided to completely cut ties & unsubscribe from the channel. From my experience my opinion is she is very dishonest & initiates controversy for financial gain.

Signed- Mr. Steven Morris, DVM



**IMG_0228.jpeg**
546K



**All Mail**

**Move to inbox**

You were gifted a channel membership. Welcome to Ms. Kiki 🎁 Prime Baby 🏆's community.   Inbox

**YouTube**
to me
May 15   Details

This message has been modified to fit your screen. Tap here to show original.

# Congrats! You were gifted a channel membership.

You received a Ms. Kiki 🎁 Prime Baby 🏆 gift membership purchased by another fan. For 1

 Gmail

Keyonna Turnage <mturnage3@gmail.com>

# My reasons for unsubcribing to KeKe Prime Channel
1 message

**Nene Jones** <lovelynene225@gmail.com>                     Sun, Aug 11, 2024 at 10:12 AM
To: Keyonna Turnage <mturnage3@gmail.com>

To whom this may concern,
My YouTube channel is named NeNejones8575 This letter is in reference to my reasons for unsubcribing to KiKi Prime
YouTube Channel. I was a subscriber, supporter, and a moderator for Ms KiKi Prime for 5 months. KiKi states in her bio
that her channel was a reaction channel, " My channel is a place for fun, freedom of expression, travel and balance". I
watched Ms KIKI give good commentary and I enjoyed supporting her ideas and personal growth. As a supporter i decided
to search and watch her older videos that i may have missed. Thats when i noticed a pattern of being in disputes and
accusing other content creator's of things that was proven untrue. I watched her begin to bully and harrase others, she
made aquasation that were unfounded and damaging to others esperinces on YouTube. A relentless bully is what i was
begining to see. My reason for unsubcribing was because of her drinking. And unhinged behavior. She was insulting to
myself and everyone of her supporters . She showed up intoxicated, on various occasions. She was indulging in sexual
dialog and personal contents that was disturbing. I was a moderator and faithful supporter. She lead me to believe she was
trying to elivate her channel by showing personal growth. However, She  came infront the camera with behavior that was
unsuitable for me to continue to watch. The contents at the time was unpredictable and made me very uncomfortable to
watch. I always felt from a moderator perspective that I couldn't move around to other channels. Her expectations from me
was to be in her live interaction and time out anyone who didnt agree with her antic.Well i must state that i myself nolonger
agreed or wanted to entertain anything she was talking about.The end result was for me to gracefully walk away from the
unhinged intoxicated channels of Ms KiKi Prime. The choice to leave was not hard at all. I nolonger seen eye to eye with
the contents she choose to create. I wish her well in her endeavors but I will never be able to support someone I do not
recieve entertaining contents from. My reason for leaving was a personal choice of my own. I have my standards and she
nolonger stand on business.
NeNe8575



## Kiki Prime Baby canceled subscription

1 message

**Kimara Mcnair** <kimara358@gmail.com>                                      Sat, Aug 10, 2024 at 11:15 PM
To: MTURNAGE3@gmail.com

To whom it may concern I was recommended her channel by another content creator and after witnessing her deplorable drunken behavior during a live broadcast, I immediately stopped following her channel and subsequently cancelled my subscription on June 15, 2024
If there is any specific incidents you need feel free to contact me via email.

Thank you,
Houyoudolln



Keyonna Turnage <mturnage3@gmail.com>

## Re: Your gifted membership expires soon
1 message

**IamTerriffic Humes** <theresatee32@gmail.com>                                    Sun, Aug 11, 2024 at 12:27 AM
To: "mturnage3@gmail.com" <mturnage3@gmail.com>

To whom it may concern
I was gifted a membership on a content creator  page by the name of KiKi Prime and I'm writing this to state that in no way shape form or fashion did I not renew my membership because of another Content Creator by the name of Dddirty Street sector. KIki Prime lost my  membership and others  due to her drunken behavior. I didn't renew my membership because  KiKi Prime was not just drunk on her channel but  was being disrespectful to all including myself  while she was doing multiple lives. I decided that day she doesn't deserve my money and I could  no longer be a member of her channel. KiKiPrime was so inebriated that she started to tell her subscribers about her boyfriends private parts and used foul language in describing it . She also doxed her so-called boyfriend and exposed his family's  names putting them in harms way (his words not mine ) and by exposing his telephone number.  Her behavior that day was atrocious.  I decided that she wasn't the kind if person I wanted to listen to anymore and would no longer support her.

I support Dddirty Street Sectors channel to the fullest . THANK YOU


On Fri, Jun 14, 2024, 12:22 AM YouTube <noreply-purchases@youtube.com> wrote:



## Your channel membership is expiring soon

Your gifted membership to Ms. Kiki Prime Baby 🔒 🏆 expires on June 17, 2024 at 12:17 AM, and you'll no longer have access to special perks. If you don't want to continue accessing special perks, no action is needed.

If you'd like to keep enjoying these perks, purchase a membership to Ms. Kiki Prime Baby 🔒 🏆 for a monthly recurring fee. By renewing today, payment will begin after your gift expires.

RENEW MY MEMBERSHIP

  

**Help Center • Email options**

You received this email to provide information and updates around your YouTube product or account.

 YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

**Keyonna Turnage <mturnage3@gmail.com>**

## KIKI Prime
1 message

**Sheena Becerra** <64sdbecerra@gmail.com>                                     Sun, Aug 11, 2024 at 12:24 AM
To: MTURNAGE3@gmail.com

My name is Sheena Becerra. I'm writing the message on behalf of Ddirty YouTube. I left Kiki Prime channel because of
her drinking and abuse of people. When I left her YouTube page I didn't know Ddirty during that time. For Kiki to say it's
Dee's fault her channel declined is not the truth. Thank you. Let me know if I can be of any further assistance.  Sincerely,
Sheena Becerra

 **Gmail**

## Kiki Prime
1 message

**Tonnee Brewer** <tonneejames@gmail.com>                                    Sat, Aug 10, 2024 at 11:56 PM
To: "mturnage3@gmail.com" <mturnage3@gmail.com>

Dear sir or madam,

I am writing to share why I chose to cancel my membership and subscription with the content creator "Kiki Prime Baby". I witnessed her uncanny behavior while inebriated online for several days straight. Several people attempted to advise her to log off and seek help including myself. She ignored us & even got hostile stating she was fine. It was apparent she had been on a drinking binge. He words were slurred beyond comprehension at times and she fell asleep several times while many watched in concern. She did not take accountability for her actions. I can not support anyone behaving this way. Please see the email from YouTube regarding my cancellation of the membership.

Respectfully,


LJ DOLT



# You're still a Ms. Kiki Prime Baby 🛍️🏆 member until Aug 26, 2024.

The Ms. Kiki Prime Baby 🛍️🏆 community will miss you.

Even though you canceled your membership, you'll keep access to your perks and benefits through Aug 26, 2024.

**Having second thoughts? Renew your membership anytime on your Paid Memberships Page.**

Thanks,

 **Gmail**                                    **Keyonna Turnage <mturnage3@gmail.com>**

## Membership Cancellation
1 message

**RR** <realitytvbuzzd@gmail.com>                                    Sat, Aug 10, 2024 at 10:31 PM
To: MTURNAGE3@gmail.com

I was gifted a membership to "Ms. Kiki Prime Baby" both in May 2024 and June 2024. I chose not to renew my membership because I witnessed this content creator storm onto another creator's live stream yelling and insulting a guest on that creator's panel. "Kiki" and her boyfriend then began to make content bullying that creator and her parents. Shortly after that, Kiki appeared on her channel disheveled and intoxicated everyday for about a week. She refused to apologize for her behavior and even went on to insult the hospital staff on her livestreams after she checked into a hospital, calling them maids and butlers. She publicly humiliated many people on her livestreams while she was inebriated including her own family. I find this behavior unacceptable and unamusing. I decided not to renew my membership for these reasons.  - Raquel Reality 8/10/2024





### Your channel membership is expiring soon

Your gifted membership to Ms. Kiki Prime Baby 🏆 expires on June 23, 2024 at 8:28 PM, and you'll no longer have access to special perks. If you don't want to continue accessing special perks, no action is needed.

If you'd like to keep enjoying these perks, purchase a membership to Ms. Kiki Prime Baby 🏆 for a monthly recurring fee. By renewing today, payment will begin after your gift expires.

**RENEW MY MEMBERSHIP**