FILED

2024 DEC -4 P 2: 41

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

Case No. 1:2024cv01424

**Ericka Miner, Plaintiff**

v.

Keyonna Turnage, Defendant

**MOTION TO SEAL CASE**

Plaintiff, Ericka Miner, respectfully moves this Honorable Court to seal the above-captioned case in its entirety pursuant to Local Rule 5, Federal Rule of Civil Procedure 26(c), and applicable case law. In support of this motion, Plaintiff states as follows:

## 1. Case Dismissed for Lack of Jurisdiction

This case, filed on August 14, 2024, was dismissed due to a lack of jurisdiction. With the dismissal, the case no longer presents an ongoing matter of public concern, and maintaining public access to the filings serves no significant purpose.

## 2. Exposure of Personal Identifying Information

The case docket and filings contain Plaintiff's personal identifying information, including but not limited to:

- Personal Photo/Images
- Full legal name
- Residential address
- Email address
- Work address

The exposure of this information violates Plaintiff's right to privacy, potentially subjecting Plaintiff to harassment, identity theft, and personal security risks. Courts have recognized the importance of protecting sensitive personal information from unnecessary public disclosure (*Va. Code Ann. § 17.1-293(B)*; *Harris v. Kreutzer*, 271 Va. 188 (2006)).

### 3. Defamatory and False Statements by Defendant

The Defendant has submitted defamatory statements in court filings that are false, unsubstantiated, and intended solely to damage Plaintiff's character and professional reputation. The public dissemination of such statements exacerbates harm to Plaintiff's reputation. Courts have sealed records in similar circumstances where unverified claims could unfairly harm an individual's reputation (*In re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984); *Under Seal v. Under Seal*, 326 F.3d 479, 485-86 (4th Cir. 2003)).

### 4. Minimal Public Interest in an Inactive Case

The case dismissal precludes further judicial proceedings, minimizing any legitimate public interest in the records. The balance of interests strongly favors Plaintiff's right to privacy over any speculative public interest, consistent with the analysis in *Stone v. University of Maryland Medical System Corp.*, 855 F.2d 178 (4th Cir. 1988).

### 5. Good Cause Exists to Seal the Record

Under Rule 26(c) of the Federal Rules of Civil Procedure, courts have broad discretion to protect individuals from undue embarrassment, oppression, or harm. Here, good cause exists to seal this case because public access to the filings unnecessarily exposes Plaintiff to harm without serving any valid judicial purpose (*Shingara v. Skiles*, 420 F.3d 301 (3d Cir. 2005).

### Request for Relief

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Order the sealing of all records, filings, and docket entries in the above-captioned case;
2. Direct the Clerk of Court to remove public access to the case materials to protect Plaintiff's personal information and reputation; and
3. Grant any other relief the Court deems just and appropriate.

Respectfully submitted,

*Ericka Miner*

Ericka Miner
2921 Fox Lair Dr #203
Woodbridge, VA 22191

Dated: 12/2/2024